UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL R. BROWN, SR and
JEFFREY W. BROWN,

    Defendants.

_____/

Case No. 1:09-cv-1160

HONORABLE PAUL L. MALONEY

## ORDER TO SHOW CAUSE

The court records reflect that plaintiff served a summons and complaint on defendant Jeffrey W. Brown on January 6, 2010, and defendant has failed to file a response within the time allowed in the court rules. The court records further indicate that plaintiff has failed to enter a default. Therefore,

**IT IS HEREBY ORDERED** that plaintiff shall either apply for entry of default within twenty-eight (28) days of the date of this order or show cause in writing why the Court should not dismiss the case against Jeffrey W. Brown for lack of prosecution pursuant to W.D. Mich, LCivR 41.1

Date: June 28, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge